# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

MICHAEL J. LONGS II,

        Plaintiff,

vs.

LINCOLN POLICE OFFICER GROVES, and LAURA LOWE,

        Defendants.

4:19CV3001

**MEMORANDUM AND ORDER**

    This matter is before the court on Plaintiff's motion for an extension of time to pay his initial partial filing fee. ([Filing No. 11](#).) The court's records indicate that Plaintiff paid his initial partial filing fee of $4.80 on February 7, 2019. Accordingly,

    IT IS ORDERED that Plaintiff's motion for an extension ([filing no. 11](#)) is denied as moot. Plaintiff is advised that the next step in his case is for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business and will address Plaintiff's other pending motion at that time.

    Dated this 8th day of March, 2019.

                                                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                Senior United States District Judge