# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. LONGS II,<br><br>        Plaintiff,<br><br>vs.<br><br>LINCOLN POLICE OFFICER GROVES, and LAURA LOWE,<br><br>        Defendants. | **4:19CV3001**<br><br>**MEMORANDUM AND ORDER** |

On July 25, 2019, the court ordered Plaintiff to file an amended complaint and to file a new request for leave to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 12th day of September, 2019.

                                        BY THE COURT:

                                        s/ *Richard G. Kopf*<br>
                                        Senior United States District Judge